UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL MARIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO STATE UNIVERSITY,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-cv-01445-JO-MMP<br><br>**ORDER GRANTING LEAVE TO FILE DISCOVERY MOTIONS** |

On February 22, 2024, the Court held a Discovery Conference in which both Plaintiff Mel Marin, proceeding *pro se*, and Defense Counsel Quintan Lucas appeared by videoconference.[1] Having conferred with Plaintiff and counsel for Defendant and for good cause appearing, the Court **ORDERS** as follows:

---

[1] The undersigned explained to both parties that the Court would hold the discovery conference via Zoom and required both parties have their cameras on with audio. The Court further instructed that if there were any technology restrictions, the parties were to inform the Court as it may impact scheduling. Based on Plaintiff's response and the uncertainty of whether he would have access to videoconference, the Court set the Discovery Conference in person to enable Plaintiff to appear in person. [ECF No. 49] The Court cautions that for future appearances before the Court, the parties must have **both audio and visual capabilities** to appear by videoconference or otherwise must appear in person.

1. The Court **GRANTS** the parties leave of court to file their respective discovery motions: Plaintiff's motion for a protective order regarding discovery documents and Defendant's motion to compel Plaintiff's videotaped deposition. The Court **SETS** the following briefing schedule:

    a. Each party must file their respective motion by **March 1, 2024**; and

    b. Any response in opposition must be filed by **March 15, 2024**.

    c. No reply briefs will be accepted.

The parties are relieved of the requirements set forth in Section IX(E) of the undersigned's Civil Chambers Rules requiring joint motion format. Rather, each party's motion shall be limited to fifteen (15) pages, exclusive of exhibits, and any responses shall be limited to ten (10) pages, exclusive of exhibits.

The Court will take the matter under submission without a hearing pursuant to Civil Local Rule 7.1(d)(1).

2. The Court **AMENDS** the fact discovery deadline set forth in the operative Scheduling Order, ECF No. 43, as follows:

All fact discovery shall be completed by all parties by **April 26, 2024**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel shall file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

3. The parties shall meet and confer in accordance with the undersigned's Civil Chambers Rules on further necessary amendments to the operative Scheduling Order deadlines set forth in ECF No. 43 and 45, including the deadlines for expert designations and filing pretrial motions. The parties must file a joint motion with the proposed amendments to the Scheduling Order in accordance with the undersigned's Chambers Rules.

**IT IS SO ORDERED**.

Dated: February 22, 2024

_____
HON. MICHELLE M. PETTIT
United States Magistrate Judge