UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL MARIN,<br><br>                         Plaintiff,<br><br>v.<br><br>SAN DIEGO STATE UNIVERSITY,<br><br>                        Defendant. | Case No.: 21-cv-01445-JO-MMP<br><br>**ORDER REGARDING PLAINTIFF's MOTION FOR PARTIAL TRIAL CLOSURE AND SEALING OF MEDICAL INFORMATION AND TO DENY VIDEO DEPOSITION** |

       On February 22, 2024, the undersigned held a Discovery Conference in which both Plaintiff Mel Marin, proceeding *pro se*, and Defense Counsel Quintan Lucas appeared by videoconference. [ECF No. 50.] The undersigned granted the parties leave of court to file their respective discovery motions: Plaintiff's motion for a protective order regarding discovery documents and Defendant's motion to compel Plaintiff's videotaped deposition. [ECF No. 51.] The Court also set a briefing schedule, in which any oppositions must be filed by March 15, 2024. [*Id.*]

       On March 1, 2024, Defendant filed a Motion to Compel Deposition of Plaintiff Mel Marin. [ECF No. 52.] That same day, Plaintiff also filed a "Motion for Partial Trial Closure and Sealing of Medical Information and to Deny Video Deposition" with the Clerk's Office. [ECF No. 53.]

Having reviewed the parties' filings, the Court notes that it granted leave for the parties to file a *discovery* motion. Thus, although Plaintiff characterizes his motion, *inter alia*, as seeking "a partial trial closure," the Court construes Plaintiff's motion liberally as a motion for a protective order and will not rule on Plaintiff's request to seal the trial, which is relief that must ultimately be sought with the District Judge. Accordingly, Defendant need not address that portion of the filing in any response.

Further, as Plaintiff's motion was entered on the docket on March 14, 2024, the Court *sua sponte* **EXTENDS** the deadline for the parties to file their oppositions from March 15, 2024 to **March 22, 2024**.

**IT IS SO ORDERED**.

Dated:  March 14, 2024

HON. MICHELLE M. PETTIT
United States Magistrate Judge